UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                            )<br>            Plaintiff,                         )<br>                                                            )<br>            v.                                      )<br>                                                            )<br> WILLIAM ALI,                              )<br>                                                            )<br>            Defendant.                      )<br>_____ ) | CASE NO. MJ 16-162<br><br>DETENTION ORDER |

<u>Offense charged</u>:       Violation of the Arms Export Control Act

<u>Date of Detention Hearing</u>:    April 12, 2016.

　　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

　　　　<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　　　1.　　　Defendant is charged by Complaint with attempting to export designated

DETENTION ORDER
PAGE -1

defense articles from the United States without obtaining a license or written approval from the U.S. Department of State.

2. Defendant is a native of Fiji. He was not interviewed by Pretrial Services, so most of his background information is either unknown or not verified. The AUSA alleges that defendant's visa will likely be revoked if convicted of the pending charges, in which case the defendant would not have legal status in the United States. Passed on this proffer, the defendant does not contest detention.

3. Defendant poses a risk of nonappearance based on lack of verified background information, as well as his status as a foreign national.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 12th day of April, 2016.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3