HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 16-00142TSZ |
| Plaintiff, | ) ) | ORDER GRANTING UNOPPOSED |
| vs. | ) ) | MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| WILLIAM ALI, | ) ) | |
| Defendant. | ) ) | |

THE COURT has considered the defense's unopposed motion for a continuance of the trial and the pretrial motions dates. The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT further finds that the period of time from the current trial date of July 18, 2016, until the new trial date of September 20, 2016, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

//

//

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DEADLINE   - 1
(*William Ali;* CR 16-00142TSZ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

IT IS THEREFORE ORDERED that the trial date in this matter is continued to September 20, 2016, and that pretrial motions shall be filed no later than August 23, 2016.

DONE this 24th day of June, 2016.

Thomas S. Zilly
United States District Judge

Presented by:

s/ *Nancy Tenney*
Attorney for William Ali
Office of the Federal Public Defender

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE - 2
(*William Ali;* CR 16-00142TSZ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**