UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM ALI,<br><br>    Defendant. | CR16-142 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) An evidentiary hearing on defendant's motions for a new trial, docket nos. 80 and 93, is SET for Thursday, June 15, 2017, at 9:00 a.m. If the motions for a new trial are denied, sentencing will proceed as scheduled at 1:30 p.m. on June 15, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of May, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1