UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>WILLIAM ALI,<br><br>        Defendant. | CR16-142 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The sentencing hearing currently scheduled for June 15, 2017, is STRICKEN to allow the parties to focus their efforts on defendant's pending motion for new trial, which is set for an evidentiary hearing the same day.

(2) The parties are DIRECTED to provide to the Court, on or before June 8, 2017, a list of witnesses the parties anticipate will testify at the evidentiary hearing, the estimated time for the hearing, and the exhibits the parties intend to offer during the evidentiary hearing. Any written plea agreements relevant to defendant's motion should also be provided to the Court no later than June 8, 2017.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to U.S. Probation.

Dated this 25th day of May, 2017.

                           William M. McCool
                           Clerk

                           s/Karen Dews
                           Deputy Clerk

MINUTE ORDER - 1