Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR16-142 TSZ |
|---|---|
| Plaintiff | **ORDER SEALING GOVERNMENT'S DOCUMENT REGARDING A SENTENCING ISSUE** |
| v. | |
| WILLIAM ALI, | |
| Defendant. | |

The COURT, having considered the Government's Motion to Seal, docket no. 114, HEREBY seals the Government's Document Regarding a Sentencing Issue, docket no. 115, given the contents of the document.

DATED this 25th day of July 2017.

Thomas S. Zilly
United States District Judge

Presented by:

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney

ORDER
*United States v. Ali,* CR16-142 TSZ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970