UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

WILLIAM ALI,

        Defendant.

Case No. CR 16-142 TSZ

ORDER GRANTING MOTION TO FILE
SENTENCING MEMORANDUM AND
ATTACHMENTS UNDER SEAL

      This matter is before the Court on the unopposed motion of the defendant, docket no. 113, to file his sentencing memorandum and attachments, docket no. 116, under seal. For the reasons set forth in the sentencing memorandum, the motion to file under seal is granted.

      Dated this 25th day of July, 2017.

Thomas S. Zilly
United States District Judge