UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM ALI,

    Defendant.

CR16-142 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court has received an e-mail from Charlene Grey on behalf of defendant William Ali. A redacted copy of such e-mail is attached. Defendant is hereby advised that the Court does not conduct business by e-mail. Moreover, because Charlene Grey is not authorized to practice law in this district, the Court cannot communicate with defendant through her.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant (#45357-086) at the Federal Detention Center SeaTac. The Clerk shall also send defendant a form for a motion under 28 U.S.C. § 2255.

Dated this 15th day of December, 2017.

                        William M. McCool
                        Clerk

                        s/Karen Dews
                        Deputy Clerk

MINUTE ORDER - 1



Court Transcripts
Charlene Grey
to:

12/13/2017 10:14 PM
Hide Details
From: Charlene Grey <charlenegrey14@hotmail.com>
To:

Hi

I am currently an inmate at the FDC Seatac facility serving out a 24 month sentence concluding on the 6th of January 2018, which is approximately 3 weeks away to date.

I was sentenced in Judge Zilly's court, my case number is CR 00 142-TSZ-001.

I intend to submit a writ of Habeas Corpus 2255 before the tolling period ends which is approximately around late July, 2018. At present, I am compiling materials for arguments and given that i will be deported at the end of my sentence and be able to finally gather the materials required. I do wish to obtain transcripts from the court with regards to my evidentiary hearing and sentencing which I believe will be helpful. Given that I am an indigent, I cannot afford an attorney nor am able to pay for the transcripts I seek. I did reach out to my previous court appointed attorney but rightly so has indicated that he represents me no longer. I therefore wish to request access to the transcripts I do not have thus far and seek guidance and advise on how to obtain these.

Since I will be deported, my mailing address will temporarily be 'unknown', so I am hereby sending this email through my wife and you may respond via this forum for further communications.

Appreciate your help and guidance.

Kind Regards

William Ali
Inmate Registration # 45357-086

Thank You.
Charlene Grey
34 Corrin Street
Hamilton 3206
New Zealand