UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM ALI, <br><br> Defendant. | CR16-142 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant William Ali's motion for transcripts of certain proceedings, docket no. 124, is DENIED. No appeal or motion pursuant to 28 U.S.C. § 2255 is currently pending, and the Court cannot make the certification required by 28 U.S.C. § 753(f) for the furnishing of transcripts at public expense. *See United States v. MacCollom*, 426 U.S. 317 (1976); *see also United States v. Olsen*, 1993 WL 59382 at *1 (9th Cir. 1993) ("Section 753(f) does not authorize the district court to order payment for transcripts if the defendant has not yet filed a section 2255 motion.").

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant pro se.

Dated this 31st day of January, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1